**E-FILED on**   3/19/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GANG WANG,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL MUKASEY; MICHAEL CHERTOFF; and EMILIO GONZALEZ,<br><br>        Defendants. | No. C-07-06266 RMW<br><br>ORDER GRANTING EX PARTE MOTION TO FILE REPLY OUT OF TIME<br><br>**[Re Docket No. 10]** |

    By their ex parte application filed March 12, 2008, defendants seek the court's leave to file a reply brief in support of their motion to dismiss three days late. Although plaintiff e-filed his opposition to defendants' motion to dismiss on February 29, 2008, defendants' counsel was not provided with an electronic notice. On March 11, 2008, plaintiff's counsel advised that an opposition had been filed. Defendants' counsel tried to access the file but received an error message. Plaintiff's counsel emailed a copy of the opposition on March 12, 2008 and defendants filed their reply the same day. The court finds good cause to grant defendants' request and permits them to file their reply three days late.

DATED:    3/18/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING EX PARTE MOTION TO FILE REPLY OUT OF TIME—No. C-07-06266 RMW
MAG

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 Tricia Xiaoxia Wang    tricia@wangslaw.com

4 **Counsel for Defendants:**

5 Ila Casy Deiss    ila.deiss@usdoj.gov

7 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

10 **Dated:**   3/19/08          /s/ MAG
                                        **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California