UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

DATE: April 11, 2008

Case No. C-07-06266-RMW         JUDGE: Ronald M. Whyte

GANG WANG,     -v- MICHAEL MUKASEY, ET AL.,
Title

Justin Fok                              Ila Deiss
Attorneys Present                       Attorneys Present

COURT CLERK: Corinne Lew        COURT REPORTER: Lee-Anne Shortridge

## PROCEEDINGS

Defendant's Motion to Dismiss

**ORDER AFTER HEARING**

**Motion Hearing Held. Defendant's Motion to Dismiss is denied. The court set hearing on Cross Motions for Summary Judgment on 6/20/08 at 9:00 a.m. The Case Management Conference is Vacated.**