JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

*E-FILED - 4/17/08*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GANG WANG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the Citizenship and Immigration Services; ROBERT S. MUELLER, Director of the Federal Bureau of Investigations, <br><br> Defendants. | No. C 07-6266 RMW <br><br> Order Granting <br> **PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for naturalization. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court

Joint Request to be Exempt from ADR
C 07-6266 RMW                                                            1

1  resources.

2  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

3  ADR Multi-Option Program and that they be excused from participating in the ADR phone

4  conference and any further formal ADR process.

5  Dated: April 4, 2008                                    Respectfully submitted,

6                                                                              JOSEPH P. RUSSONIELLO
                                                                                    United States Attorney
7

8                                                                              _____/s/_____
                                                                                    ILA C. DEISS[1]
9                                                                              Assistant United States Attorney
                                                                                    Attorneys for Defendants
10

11
    Dated: April 4, 2008                                    _____/s/_____
12                                                                             TRICIA X. WANG
                                                                                    Attorney for Plaintiff
13

14                                          **ORDER**

15  Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR

16  Multi-Option Program and are excused from participating in the ADR phone conference and any

17  further formal ADR process.

18  **SO ORDERED.**

19
    Dated: 4/17/08                                          *Ronald M. Whyte*
20                                                                             RONALD M. WHYTE
                                                                                    United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Joint Request to be Exempt from ADR
C 07-6266 RMW                                              2