| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

*E-FILED - 4/17/08*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GANG WANG, | ) | No. C 07-6266 RMW |
| Plaintiff, | ) | |
| | ) | Order Granting |
| v. | ) | **PARTIES' JOINT REQUEST TO BE** |
| | ) | **EXEMPT FROM FORMAL ADR** |
| MICHAEL MUKASEY, Attorney General of | ) | **PROCESS** |
| the United States; MICHAEL CHERTOFF, | ) | |
| Secretary of the Department of Homeland | ) | |
| Security; EMILIO T. GONZALEZ, Director | ) | |
| of the Citizenship and Immigration Services; | ) | |
| ROBERT S. MUELLER, Director of the Federal | ) | |
| Bureau of Investigations, | ) | |
| | ) | |
| Defendants. | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for naturalization. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court

Joint Request to be Exempt from ADR
C 07-6266 RMW                                                   1

resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: April 4, 2008                                 Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

                                                    /s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: April 4, 2008                                 /s/
TRICIA X. WANG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated: 4/17/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Joint Request to be Exempt from ADR
C 07-6266 RMW                                        2