1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124                    ***E-FILED - 5/30/08***
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8                            UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN JOSE DIVISION

11  GANG WANG,                          )   No. C 07-6266 RMW
                                        )
12              Plaintiff,              )
                                        )   **STIPULATION TO DISMISS; AND
13         v.                           )   [PROPOSED] ORDER**
                                        )
14  MICHAEL MUKASEY, Attorney General of )
    the United States; MICHAEL CHERTOFF,  )
15  Secretary of the Department of Homeland )
    Security; EMILIO T. GONZALEZ, Director )
16  of the Citizenship and Immigration Services; )
    ROBERT S. MUELLER, Director of the Federal )
17  Bureau of Investigations,           )
                                        )
18              Defendants.             )
                                        )
19  ─────────────────────────────────────

20      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

22  mandamus action without prejudice in light of the fact that the United States Citizenship and

23  Immigration Services has scheduled Plaintiff for an interview on his application for naturalization

24  and is prepared to adjudicate and schedule an oath ceremony on Plaintiff's application within 45

25  days of the interview, barring any disqualifying acts.

26      The parties also request that the Court vacate the hearing on the parties' cross motions for

27  summary judgment scheduled for June 20, 2008.

28  ///

Stipulation to Dismiss
C 07-6266 RMW                                   1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: May 12, 2008      Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

/s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: May 13, 2008

/s/
TRICIA WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/30/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.